Argued and submitted January 30, reversed February 20, 2002

## STATE OF OREGON,
*Respondent,*

*v.*

## KIMBERLY DEE ANN BRASE,
*Appellant.*

970441821; A108014

40 P3d 1111

Irene B. Taylor, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, State Public Defender.

Kathleen M. Cegla, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals her conviction for driving under the influence of intoxicants, ORS 813.010, arguing, among other things, that the trial court erred in failing to dismiss the charge on the ground that defendant's statutory speedy trial rights under ORS 135.747 had been violated.[1] The state concedes the error and, for the reasons discussed below, we accept the state's concession, and therefore reverse defendant's conviction.

The facts of the present case are virtually identical to those of *State v. Rohlfing*, 155 Or App 127, 973 P2d 87 (1998), in that defendant had no notice of pending charges against her, and the state made no effort to execute the warrant for her arrest. Although the time period involved was less than the time period involved in *Rohlfing*, the state acknowledges that the amount of time at issue here has been deemed unreasonable in cases involving similar facts. We agree.

Reversed.

---

[1] We do not reach defendant's other arguments, given our disposition of her statutory speedy trial claim.